An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PANELIZED STRUCTURES, INC., A
CALIFORNIA CORPORATION; AND
FLOYD NIELSEN, AN INDIVIDUAL,
Appellants,
vs.
THOMAS NOVICK AND LIBERTY
MUTUAL INSURANCE GROUP,
Respondents.

THOMAS NOVICK,
Appellant,
vs.
PANELIZED STRUCTURES, INC., A
CALIFORNIA CORPORATION; AND
FLOYD NIELSEN,
Respondents.

No. 59457

**FILED**

AUG 0 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

No. 59637

### ORDER DISMISSING APPEALS

The parties have filed a stipulation to dismiss these appeals, which we approve. Accordingly, these appeals are hereby dismissed with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

---

[1]Although the parties have requested that this court remand these matters to the district court so that the challenged judgments can be vacated pursuant to the settlement agreement, we deny that request. Upon the dismissal of these appeals on the parties' stipulation, jurisdiction over the underlying case automatically returns to the district court, rendering a remand unnecessary.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-25598

cc: Hon. Mark R. Denton, District Judge
Lansford W. Levitt, Settlement Judge
Wait Law Firm
Lemons, Grundy & Eisenberg
Hutchison & Steffen, LLC
Reese Kintz Brohawn, LLC
Elizabeth J. Foley
Shook & Stone, Chtd.
Sterling Law, LLC
Eighth District Court Clerk